■   In the Matter of ARMAND A. CIOFFI, Petitioner, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bastow, JJ.

■   In the Matter of RICHARD EDDE, Appellant, against COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respondent.— Final order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bastow, JJ. [8 Misc 2d 795.]

■   In the Matter of JEANEL REAL ESTATE CO., INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bastow, JJ.

■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. CALDERON, Defendant-Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bastow, JJ.

■   MORWIN REALTY CORP., Respondent, v. WEIL & CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bastow, JJ.